UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Lamar Hosea Wiggins**  Docket No. 4:17-CR-53-7BO

**Petition for Action on Supervised Release**

COMES NOW Kristyn Super, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Lamar Hosea Wiggins, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess with Intent to Distribute a Quantity of Heroin and a Quantity of Marijuana, in violation of 21 U.S.C. §§ 846 and 841(b)(1)(C), and Possession of a Firearm by a Felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on December 13, 2018, to the custody of the Bureau of Prisons for a term of 96 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Lamar Hosea Wiggins was released from custody on September 29, 2023, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On August 7, 2024, the defendant submitted to urinalysis, which was confirmed as positive for marijuana by Abbott Laboratories on August 13, 2024. The defendant admits using and understands that continued use of controlled substances will not be tolerated. It is respectfully recommended that the conditions of supervised release be modified to include substance abuse treatment and testing, which will allow the Probation Office to assist with facilitating treatment with a contract treatment provider.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Kristyn Super
Kristyn Super
Senior U.S. Probation Officer
200 Williamsburg Pkwy, Unit 2
Jacksonville, NC 28546-6762
Phone: 910-346-5104
Executed On: August 28, 2024

Lamar Hosea Wiggins
Docket No. 4:17-CR-53-7BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __28__ day of __August__, 2024, and ordered filed and made a part of the records in the above case.

*Terrence Boyle*
Terrence W. Boyle
United States District Judge